# United States Navy-Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 201800283** |
| **Appellee** | |
| | **Special Panel 4** |
| **v.** | |
| | |
| **Calixto GONZALEZ, Jr.** | **ORDER** |
| **Lance Corporal (E-3)** | |
| **U. S. Marine Corps** | *Remanding Case for* |
| **Appellant** | *New Post-Trial Processing* |

Upon consideration of the record of trial, the Court determined that the convening authority (CA) failed to order the sentence executed in the CA's action.

Accordingly, it is, by the Court, this 17th day of December 2019,

**ORDERED:**

1. That the CA's action, dated 12 September 2018, is hereby **SET ASIDE**.

2. That the record of trial is returned to the Judge Advocate General for submission to an appropriate CA for preparation of a new CA's action in compliance with R.C.M. 1107(f)(4).

3. The record will be returned to this Court for completion of appellate review.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51.4)
45 (CDR Roper)
46
02